USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-21-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                        Plaintiff,

    -against-

RASHEEN SIMMONS,

                        Defendant.

------------------------------------------------------------ x

21-CR-332 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Telephone Arraignment is set for **May 27, 2021** at **3:00 p.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:     New York, New York
            May 21, 2021

                                                   */s/ Andrew L. Carter, Jr.*
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**