UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

                       Plaintiff,

      -against-

RASHEEN SIMMONS,

                      Defendant.

-------------------------------------------------------------------- x

21-CR-332 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3-25-22

ANDREW L. CARTER, JR., District Judge:

A Change of Plea Hearing is set for **March 31, 2022** at **12:00 p.m.**

SO ORDERED.

Dated:     New York, New York
            March 25, 2022

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**